FILED

2025 Oct-23 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA




FILED

OCT 23 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| TROY CONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-629-GMB |
| | ) | |
| JOE BINDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT FORM—MR. SPEAKS**

**Do you find from a preponderance of the evidence:**

1.    That Mr. Speaks intentionally committed acts that violated Mr. Connell's right to remain free from cruel and unusual punishment?

Answer Yes or No        YES

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2.    That Mr. Speaks' actions were "under color" of state law?

Answer Yes or No        YES

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Mr. Speaks' unconstitutional conduct caused Mr. Connell to suffer more than a minimal physical injury?

Answer Yes or No      _____ NO _____

If your answer is "No," this ends your deliberations, Mr. Connell is awarded nominal damages in the amount of $1.00, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Mr. Connell should be awarded compensatory damages against Mr. Speaks to compensate Mr. Connell for physical and/or emotional injury?

Answer Yes or No      _____

If your answer is "Yes," in what amount?      $_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That Mr. Speaks acted with malice or reckless indifference to Mr. Connell's federally protected rights and that punitive damages should be assessed against Mr. Speaks?

Answer Yes or No      _____

If your answer is "Yes," in what amount?      $_____

2

So Say We All.


Date:    10-23-2025